1   John C. Holmes, (Cal. State Bar No. 120578)
    jholmes@swesq.com
2   Sean A Topp, (Cal. State Bar No. 217701)
    stopp@swesq.com
3   **STECKBAUER WEINHART, LLP**
    333 S. Hope Street, 36th Floor
4   Los Angeles, California 90071
    213.229.2868 – Telephone
5   213.229.2870 – Facsimile

6   Attorneys for Defendant UNITED
    STATES FIRE INSURANCE
7   COMPANY

8

9                **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  BOB CAMPBELL RANCHES, INC., a     Case No. 2:15-cv-9118-R-GJS
    California Corporation,
13                                    [Assigned to Hon. Manuel L. Real]
              Plaintiff,
14                                    UNITED STATES FIRE
                                      INSURANCE COMPANY'S
15       v.                           REQUEST FOR JUDICIAL NOTICE
                                      FILED IN SUPPORT OF ITS
16  UNITED STATES FIRE INSURANCE      MOTIONS TO DISMISS FOURTH
    COMPANY, a Delaware Corporation;  AND FIFTH CLAIMS FOR RELIEF
17  CRUM AND FORSTER, a New Jersey    AND TO STRIKE ALLEGATIONS
    Corporation; and DOES 1 through 50, RE PUNITIVE DAMAGES AND A
18  inclusive,                        NON-EXISTENT NAMED
                                      DEFENDANT
19            Defendants.
                                      Date:  January 19, 2016
20                                    Time:  10:00 a.m.
                                      Courtroom:   8
21
                                      Complaint Filed: September 30, 2015
22                                    Case Removed: November 24, 2015

23

24

25

26

27

28

10201.001/108750.1

**UNITED STATES FIRE INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO STRIKE**

STECKBAUER WEINHART, LLP
333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL 213.229.2868 • FAX 213.229.2870

1    Pursuant to Federal Rule of Evidence Rule 201, and subsection (c)(2)

2 thereof, Defendant United States Fire Insurance Company ("U.S. Fire") requests

3 that the Court take judicial notice of the September 3, 1993 records of the Secretary

4 of State of the State of Delaware concerning the merger of "Crum and Forster, Inc."

5 into ARB, Inc. as the surviving corporation on that date.  A true and correct copy of

6 these records is attached hereto as Exhibit "A."  The record consist of 12 pages,

7 including the Delaware Secretary of State's certification of the records.

8    On a motion to dismiss, the Court may take judicial notice of matters of

9 public record outside the pleadings.  *MGIC Indemnity Corp. v. Weisman*, 803 F.2d

10 500, 504 (9th Cir. 1986).  Thus, under Rule 201(b)(2), a court may take judicial

11 notice of a governmental entity's official records.  *Flores v. City of Hayward*, 2010

12 U.S. Dist. LEXIS 91374 at *4, citing *Grassroots v. County of San Francisco*, 1994

13 U.S. Dist. LEXIS 15130, 1994 WL 589359, at *2 fn.1 (N.D. Ca. 1994). Federal

14 Rule of Evidence 201 allows a court to consider official records and reports without

15 converting a 12(b)(6) motion into a Rule 56 motion for summary judgment. *Ricotta*

16 *v. California*, 4 F. Supp. 2d 961 (S.D.Cal. 1998).

17

18 Dated:  December 1, 2015          **STECKBAUER WEINHART, LLP**

19

20

21                                   By:   /s/ John C. Holmes

22                                         John C. Holmes
                                          Attorneys for Defendant UNITED STATES
23                                        FIRE INSURANCE COMPANY

24

25

26

27

28

10201.001/108750.1
                                          1
**UNITED STATES FIRE INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE**

**STECKBAUER WEINHART, LLP**
333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071
TEL 213.229.2868 • FAX 213.229.2870

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          At the time of service, I was over 18 years of age and **not a party to this**
**action**. I am employed in the County of Los Angeles, State of California. My
4 business address is 333 S. Hope Street, 36th Floor, Los Angeles, CA 90071.

5          On December 1, 2015, I served true copies of the following document(s)
described as **UNITED STATES FIRE INSURANCE COMPANY'S REQUEST**
6 **FOR JUDICIAL NOTICE FILED IN SUPPORT OF ITS MOTIONS TO**
**DISMISS FOURTH AND FIFTH CLAIMS FOR RELIEF AND TO STRIKE**
7 **ALLEGATIONS RE PUNITIVE DAMAGES AND A NON-EXISTENT**
**NAMED DEFENDANT** on the interested parties in this action as follows:

8

9          Paul Hart, Esq.
         Dennis Lewis, Esq.
         MONCRIEF & HART, PC
10       16 W. Gabilan St.
         Salinas, CA 93901
11       Tel.: (831) 759-0900
         Fax: (831) 759-0902
12       E-mail: PaulHart@MoncriefHart.com
         E-mail: Dennis@MoncriefHart.com
13
         Attorneys for Plaintiff, BOB
14       CAMPBELL RANCHES. INC.

15          **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed
the document(s) with the Clerk of the Court by using the CM/ECF system.
16 Participants in the case who are registered CM/ECF users will be served by the
CM/ECF system. Participants in the case who are not registered CM/ECF users will
17 be served by mail or by other means permitted by the court rules.

18          I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct and that I am employed in the office
19 of a member of the bar of this Court at whose direction the service was made.

20          Executed on December 1, 2015, at Los Angeles, California.

21

22                                              _____

23                                              Elizabeth Cervantes

24

25

26

27

28
10201.001/108750.1