```
Paul Hart, Esq., SBN 237766
Dennis Lewis, Esq. SBN 262256
MONCRIEF & HART, PC
16 W. Gabilan St.
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902
PaulHart@MoncriefHart.com

Attorney for Plaintiff BOB CAMPBELL RANCHES, INC.
```

*[Handwritten annotation: "Denied. No legal cause is shown" — signed, 1-6-2016]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BOB CAMPBELL RANCHES, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FIRE INSURANCE COMPANY, a Delaware Corporation; CRUM AND FORSTER, INC., a New Jersey Corporation; and DOES 1 through 50 inclusive. <br><br> Defendants. | Case No. 2:15-cv-9118-R-GJS <br><br> [~~PROPOSED~~] ORDER ~~ON~~ DENYING STIPULATION FOR FILING OF AMENDED COMPLAINT |

Pursuant to the Stipulation of the Parties, it is hereby ordered that Plaintiff shall be permitted to file the First Amended Complaint, attached to the Stipulation. It is further ordered that Defendant shall have 21 days from the date of this Order

1

Order on Stipulation for Filing of Amended Complaint
Bob Campbell Ranches, Inc. v. U.S. Fires Ins. Co.
(Case No. 2:15-cv-9118-R-GJS)

1 | to file a response to the Amended Complaint. It is further ordered that the hearing
2 |
3 | date on the motion to dismiss and motion to strike set for January 19, 2016 is
4 | vacated.
5 |
6 |     IT IS SO ORDERED.
7 | Dated: 1-6-2016



U.S. District Judge Manual Real

2